# Court of Appeals
# of the State of Georgia

ATLANTA, July 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0060.  GEMA FERNANDEZ v. RUKAYAT HARDEMAN.**

Appellee's Emergency Motion for Writ of Possession is hereby DENIED.  We note, however, that this motion should be pursued in the trial court in the first instance.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/05/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*